389 P.3d 135

**ZH, Plaintiff-Appellant,**

v.

**CH, Defendant-Appellee.**

**NO. CAAP-15-0000771**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (UCCJEA NO. 14-1-6026)

## SUMMARY DISPOSITION ORDER

Affirm.